US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 17 2018

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 5:18CR50030-001 |
| VS. | ) 21 U.S.C. §843(a)(6) |
| | ) 21 U.S.C. §843(d)(2) |
| | ) |
| LEWIS RAY CHAFIN JR. | ) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about April 5, 2018, in the Western District of Arkansas, Fayetteville Division, the defendant, **LEWIS RAY CHAFIN JR.**, knowingly and intentionally possessed a tableting machine and an encapsulating machine, and any equipment, chemical, product, or material which may be used to manufacture a controlled substance, namely Fentanyl, a schedule II controlled substance, knowing, intending, or having reasonable cause to believe, that it will be used to manufacture a controlled substance, namely Fentanyl, all in violation of Title 21, United States Code §843(a)(6) and Title 21, United States Code, §843(d)(2).

A True Bill.

DUANE (DAK) KEES
UNITED STATES ATTORNEY

/s/ Grand Jury Foreperson
Grand Jury Foreperson

By: _____
Denis Dean
Assistant U. S. Attorney
Arkansas Bar No. 2007182
414 Parker Avenue
Fort Smith, AR  72901
479-249-9040
E-mail: denis.dean@usdoj.gov